UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT KING** | **CIVIL ACTION NO. 2:22-CV-05601** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SAFECO INSURANCE CO OF OREGON** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 30th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE